IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **Rodrigo Ledezma Perales,** Individually and as Representative of the Estate of Efrain Ledezma Perales, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> **Defendants Sergeant Jonathan Wuneburger, #7802 Lieutenant Scott Finlaw, #7596 and Captain Kevin Walker, #6700** in their individual capacities, and **Galveston County,** <br><br> Defendants. | § § § § § § § § § § § § § § § § § § | Case No. 3:22-cv-00061 <br><br><br><br> Jury Trial Demanded |

# DEFENDANTS GALVESTON COUNTY, SCOTT FINLAW, AND KEVIN WALKER'S CERTIFICATE OF INTERESTED PERSONS

Defendants **GALVESTON COUNTY, LIEUTENANT SCOTT FINLAW,** and **MAJOR KEVIN WALKER** (collectively, "County Defendants") hereby disclose the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in the outcome of this litigation.

**PLAINTIFFS**
Rodrigo Ledezma Perales, Individually
Rodrigo Ledezma Perales as Representative of the Estate of Efrain Ledezma Perales, deceased

**COUNSEL FOR PLAINTIFFS**
Kathleen T. Zellner
Nicholas M. (Nick) Curran

KATHLEEN T. ZELLNER & ASSOCIATES, P.C.

and

Matthew D. Doss
Philip Rodriguez V
DOSS & RODRIGUEZ, PLLC

**DEFENDANT**
Jonathan Wuneburger

**COUNTY DEFENDANTS**
Galveston County
Scott Finlaw
Kevin Walker

**COUNTY DEFENDANTS' RISK POOL**
Texas Association of Counties

The County Defendants are not aware of any other person or entity with a financial interest in the outcome of this litigation.

                                               Respectfully submitted,

**Larry J. Simmons**
State Bar No. 00789628
Federal I.D. No. 18830
ljsimmons@germer.com
**Carmen Jo Rejda-Ponce**
State Bar No. 24079149
Federal I.D. No. 1366666
cjrejdaponce@germer.com
**GERMER PLLC**
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile

**COUNSEL FOR THE COUNTY DEFENDANTS, GALVESTON COUNTY, LIEUTENANT SCOTT FINLAW, AND MAJOR KEVIN WALKER**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 27th day of February, 2023, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing.

                                                      **Carmen Jo Rejda-Ponce**