IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| RODRIGO LEDEZMA PERALES, Individually and as Representative of the Estate of EFRAIN LEDEZMA PERALES, deceased,<br><br>       Plaintiff,<br><br>v.<br><br>DEFENDANTS SERGEANT JONATHAN WUNEBURGER, et al.,<br><br>       Defendants. | Case No. 22-cv-00061 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulate that all claims against Defendants Sergeant Jonathan Wuneburger, Lieutenant Scott Finlaw, and Captain Kevin Walker are dismissed in their entirety with prejudice. Each party is to bear its own costs. The lawsuit remains pending against Galveston County.

Respectfully submitted,

/s/ Nicholas Curran
Nicholas Curran #6291493
*Attorney for Plaintiff*
Kathleen T. Zellner & Associates, P.C.
4580 Weaver Parkway, Suite 204
Warrenville, Illinois 60555
Tel. (630) 955-1212
nick@zellnerlawoffices.com

/s/ Carmen Jo Rejda-Ponce
Carmen Jo Rejda-Ponce #24079149
*Attorney for Defendants Finlaw, Walker,*
   *and Galveston County*
Germer PLLC
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
Tel. (713) 650-1313
cjrejdaponce@germer.com

| | |
|---|---|
| /s/ Matthew D. Doss | /s/ Robert L. Drinkard |
| Matthew D. Doss #24069624 | Robert L. Drinkard #24007138 |
| *Attorney for Plaintiff* | *Attorney for Defendant Wuneburger* |
| Doss & Rodriguez, PLLC | Denton, Navarro, Rocha, Bernal & Zech, P.C. |
| 3131 E. 29th Street | |
| Bldg. D – Suite 200 | 549 Egret Bay Blvd., Suite 200 |
| Bryan, Texas 77802 | League City, Texas 77573 |
| Tel. (979) 776-1325 | Tel. (832) 632-2102 |
| matt@dossrodlaw.com | rldrinkard@rampagelaw.com |

## Certificate of Service

The undersigned hereby certifies that on July 14, 2023, he filed the foregoing document via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Nicholas Curran
Nicholas Curran
*Attorney for Plaintiff*