United States District Court
Southern District of Texas
**ENTERED**
July 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RODRIGO LEDEZMA PERALES, | § | |
| Individually and as Representative of | § | |
| the Estate of EFRAIN LEDEZMA | § | |
| PERALES, deceased, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:22-CV-61 |
| | § | |
| SERGEANT JONATHAN | § | |
| WUNEBURGER, ET AL, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On July 14, 2023, the plaintiff and the defendants Sergeant Jonathan Wuneburger, Lieutenant Scott Finlaw, and Captain Kevin Walker filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 59.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against Sergeant Jonathan Wuneburger, Lieutenant Scott Finlaw, and Captain Kevin Walker in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs.

Signed on Galveston Island this 17th day of July, 2023.

_____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE