IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| RODRIGO LEDEZMA PERALES, Individually and as Representative of the Estate of EFRAIN LEDEZMA PERALES, deceased, <br><br> Plaintiff, <br><br> v. <br><br> DEFENDANTS SERGEANT JONATHAN WUNEBURGER, et al., <br><br> Defendants. | Case No. 22-cv-00061 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulate that all claims against Defendant Galveston County are dismissed with prejudice. Each party is to bear its own costs.

The Parties request that the Court enter an order dismissing with prejudice all claims against Defendant Galveston County. This dismissal will resolve all the claims raised by Plaintiffs. Therefore, the Parties also request that the Court enter a Final Judgment dismissing this case this case in its entirety.

Respectfully submitted,

/s/ Nicholas Curran
Nicholas Curran #6291493
*Attorney for Plaintiff*
Kathleen T. Zellner & Associates, P.C.
4580 Weaver Parkway, Suite 204
Warrenville, Illinois 60555
Tel. (630) 955-1212
nick@zellnerlawoffices.com

/s/ Carmen Jo Rejda-Ponce
Carmen Jo Rejda-Ponce #24079149
*Attorney for Defendants Finlaw, Walker,*
    *and Galveston County*
Germer PLLC
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
Tel. (713) 650-1313
cjrejdaponce@germer.com

/s/ Matthew D. Doss
Matthew D. Doss #24069624
*Attorney for Plaintiff*
Doss & Rodriguez, PLLC
3131 E. 29th Street
Bldg. D – Suite 200
Bryan, Texas 77802
Tel. (979) 776-1325
matt@dossrodlaw.com

## Certificate of Service

The undersigned hereby certifies that on August 2, 2023, he filed the foregoing document via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Nicholas Curran
Nicholas Curran
*Attorney for Plaintiff*