United States District Court
Southern District of Texas
**ENTERED**
August 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RODRIGO LEDEZMA PERALES, Individually and as Representative of the Estate of EFRAIN LEDEZMA PERALES, deceased, § § § § § | | |
| Plaintiff, § § | | |
| VS. § § | 3:22-CV-61 | |
| SERGEANT JONATHAN WUNEBURGER, ET AL, § § § § | | |
| Defendants. § | | |

## ORDER

On August 2, 2023, the plaintiff and the defendant Galveston County filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 61.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against Galveston County in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs.

Signed on Galveston Island this 8th day of August, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE